**[J-63-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ANGEL CRUZ | : No. 30 EAP 2017 |
| | : |
| | : Appeal from the Order of |
| v. | : Commonwealth Court entered on |
| | : January 27, 2017 at No. 1748 CD |
| | : 2015 (reargument denied March 27, |
| POLICE OFFICERS MADONNA, | : 2017) affirming the Order entered on |
| ROBERT E. PEACHEY, AND | : September 2, 2015 in the Court of |
| CHRISTOPHER MCCUE | : Common Pleas, Civil Division, |
| | : Philadelphia County at No. 1468 |
| | : February Term 2014. |
| APPEAL OF: POLICE OFFICER | : |
| ROBERT E. PEACHEY | : ARGUED: September 25, 2018 |

## ORDER

**PER CURIAM**

AND NOW, this 23rd day of January, 2019, the appeal is **DISMISSED** as having been improvidently granted.